## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the use and benefit of CM3 BUILDING SOLUTIONS, INC., 185 Commerce Drive Fort Washington, PA 19034<br><br>Plaintiff,<br><br>v.<br><br>MARKEL INSURANCE COMPANY 4521 Highwoods Parkway Glen Allen, VA 23060<br><br>Defendant. | CIVIL ACTION<br><br>No. 2:26-cv-1242 |

## COMPLAINT

Plaintiff, United States of America for the use and benefit of CM3 Building Solutions, Inc., by and through its undersigned counsel, Venzie Construction Law, LLC, hereby files this Complaint against Defendant Markel Insurance Company, and, in support thereof, avers as follows:

## THE PARTIES

1. Plaintiff CM3 Building Solutions, Inc. ("CM3") is a Pennsylvania corporation with its offices and principal place of business located at 185 Commerce Drive, Fort Washington, PA 19034.

2. Defendant Markel Insurance Company ("Markel") is a corporation organized and existing under the laws of the state of Illinois with its principal place of business located at 4521 Highwoods Parkway, Glen Allen, VA 23060.

**JURISDICTION AND VENUE**

3. The Court has jurisdiction of this action under 28 U.S.C. § 1331 and 40 U.S.C. § 3133.

4. This Court has supplemental jurisdiction over all other claims in this action as provided by 28 U.S.C. § 1367.

5. Venue of this action is proper under 40 U.S.C. § 3133(b)(3)(B) as the contract at issue was performed in the Eastern District of Pennsylvania.

**FACTS**

6. CM3's claims for payment against Markel arise out of the construction and renovation project of the United States Department of Veterans Affairs (the "VA") generally known as the Corporal Michael J. Crescenz Medical Center, 3900 Woodland Avenue, Philadelphia, PA 19104 (the "Project").

7. Upon information and belief, on or about June 7, 2018, the VA awarded a construction contract to Eastern Construction & Electric, Inc. ("Eastern") for the Project (the "Principal Contract").

8. In connection therewith, and as required under 40 U.S.C. § 3131(b)(2), on or about May 9, 2023, Eastern, as Principal, and Markel, as Surety, furnished and delivered to the United States of America, a payment bond—Bond No. 4463697—with a penal sum in the amount of $12,906,734.96 (the "Payment Bond"), a true and correct copy of which is attached hereto as **Exhibit A** and incorporated herein by reference.

9. Upon information and belief, Eastern entered into a written subcontract with PT Mechanical Group LLC ("PT Mechanical") whereby PT Mechanical agreed to

perform certain mechanical work required under the Principal Contract (the "Mechanical Subcontract").

10. On or about September 7, 2018, PT Mechanical and CM3 entered into a written subcontract agreement, whereby CM3 agreed to provide, among other things, all labor and material necessary, incidental, or required to complete certain automated temperature control (ATC) work required for the Project under the Mechanical Subcontract for a lump sum price of $208,400.00 (the "CM3 Subcontract"). A copy of the CM3 Subcontract is attached hereto as **Exhibit B** and incorporated herein by reference.

11. On or about July 30, 2024, PT Mechanical prepared and issued a "Subcontract Agreement Change Order" to CM3 increasing the value of the CM3 Subcontract by $17,200.00—from $208,400.00 to $225,600.00—for certain changes to the work under the CM3 Subcontract ("Change Order No. 1"), which changes are more fully described in Change Order No. 1, a true and correct copy of which is attached hereto as **Exhibit C** and is incorporated herein by reference.

12. CM3 executed Change Order No. 1 on or about August 8, 2024.

13. On or about November 15, 2024, CM3 submitted Application for Payment No. 19 to PT Mechanical requesting payment in the amount of $16,856.00 for work performed under the CM3 Subcontract, a true and correct copy of which is attached hereto as **Exhibit D** and is incorporated herein by reference.

14. To date, and despite demand for payment, PT Mechanical has failed and refused to pay CM3 for Application for Payment No. 19 without justification or excuse.

15. On or about March 17, 2025, CM3 submitted Application for Payment

3

No. 20 to PT Mechanical requesting payment in the amount of $604.17 for work performed under the CM3 Subcontract, a true and correct copy of which is attached hereto as **Exhibit E** and is incorporated herein by reference.

16. To date, and despite demand for payment, PT Mechanical has failed and refused to pay CM3 for Application for Payment No. 20 without justification or excuse.

17. On or about March 17, 2025, CM3 submitted Application for Payment No. 21 to PT Mechanical requesting final payment in the amount of $4,512.00 for work performed under the CM3 Subcontract, a true and correct copy of which is attached hereto as **Exhibit F** and is incorporated herein by reference.

18. To date, and despite demand for payment, PT Mechanical has failed and refused to pay CM3 for Application for Payment No. 21 without justification or excuse.

19. CM3 has performed all of its duties and obligations under the CM3 Subcontract in a timely and workmanlike manner.

20. CM3 last performed labor on the Project site on April 12, 2025.

21. The value of the work performed by CM3 for which CM3 has not been paid, is $21,972.17.

22. On July 7, 2025 at 11:50 a.m., Jim Hurlbrink of CM3 notified Julie Cogliano and Don DeFiccio of Eastern via email that CM3 had "overdue invoices with" PT Mechanical on the Project, a true and correct copy of which is attached hereto as **Exhibit G** and is incorporated herein by reference.

23. In that same email, a copy of which was emailed to Lindsay Coulter of CM3, Mr. Hurlbrink asked Ms. Coulter to provide "the invoices/paperwork for reference".  See, **Exhibit G**.

24. On July 7, 2025 at 12:06 p.m., Ms. Coulter forwarded via email copies of CM3's unpaid Application for Payment Nos. 19, 20 and 21 for the Project, totaling $21,972.17, to Ms. Cogliano and Mr. DeFiccio at Eastern. See, **Exhibit G** and **Exhibit H**, which is a true and correct copy of Ms. Cogliano's email response at 1:20 p.m. on July 7, 2025, which email chain reflects that Ms. Coulter forwarded CM3's Application for Payment Nos. 19, 20 and 21 to Eastern at 12:06 p.m. on July 7, 2025.

25. On July 7, 2025 at 1:20 p.m., Ms. Cogliano replied to Ms. Coulter's email attaching the unpaid Applications for Payment, and acknowledged receipt by stating, "Hello Jim & Lindsay, Thank you for providing." See, **Exhibit H**.

## STATEMENT OF CLAIMS

### COUNT I – PAYMENT BOND

26. The averments contained in ¶¶ 1 through 25 are incorporated herein by reference.

27. CM3 furnished labor and material to PT Mechanical for the Project in accordance with the CM3 Subcontract.

28. The amount due and owing CM3 for labor and materials furnished to PT Mechanical on the Project is $21,972.17.

29. The Payment Bond is for the protection of all persons supplying labor and material in carrying out the work provided for in the Principal Contract for the Project.

30. On July 7, 2025, CM3 provided written notice to Eastern of the amount it was owed for labor and material CM3 provided to PT Mechanical on the Project, receipt of which Eastern acknowledged.

31.     As of the filing of this complaint, CM3 has not received payment from PT Mechanical of any part of the $21,972.17 due and owing from PT Mechanical.

32.     By virtue of the Payment Bond issued by Markel, Markel is liable to pay CM3 for all labor and material provided by CM3 on the Project for which CM3 has not been paid.

33.     All conditions precedent to CM3's right to claim and have judgment entered in its favor and against Markel on the Payment Bond have been fully performed and satisfied, excused, waived or otherwise discharged.

WHEREFORE, Plaintiff, United States of America for the use and benefit of CM3 Building Solutions, Inc., demands that judgment be entered on Count I in its favor and against Defendant Markel Insurance company in the amount of **$21,972.17**, plus prejudgment interest and costs.

VENZIE CONSTRUCTION LAW, LLC

Date: February 26, 2026         By:   /s/ *Jeffrey C. Venzie*
                                       JEFFREY C. VENZIE, ESQUIRE
                                       Atty. I.D. No. 78216
                                       600 Eagleview Blvd., Suite 300
                                       Exton, PA 19341
                                       PH:    (484) 359-7323
                                       EM:    Jeff@venzielaw.com

                                       *Attorneys for Plaintiff United States of America for the Use and Benefit of CM3 Building Solutions, LLC*